**Opinion issued March 26, 2026**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-25-00511-CV

————————————

**WILLIE GEORGE II, Appellant**

**V.**

**KAREN ADAMS, Appellee**

---

**On Appeal from the 280th District Court**
**Harris County, Texas**
**Trial Court Case No. 2025-41639**

---

## MEMORANDUM OPINION

Appellant's brief was due on October 8, 2025. No brief or motion for extension was filed. On October 23, 2025, the Court issued a notice that the appeal might be dismissed for want of prosecution unless appellant filed a brief or a motion for extension by November 3, 2025. Appellant filed no response to the notice.

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), 43.2(f). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guerra and Guiney.